456 A.2d 1363

**COMMONWEALTH of Pennsylvania**

v.

**Alexander POOLE, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 25, 1982.

Decided March 16, 1983.

Warren R. Hamilton, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Michael Clarke, Asst. Dist. Attys., Philadelphia, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## OPINION OF THE COURT

PER CURIAM.

This is a direct appeal from Philadelphia Common Pleas' judgment of sentence of five to ten years imprisonment on appellant's conviction by a jury of third degree murder. Sentence was suspended on the conviction for possession of an instrument of crime. Four issues are raised: (1) ineffectiveness of trial counsel for failing to have a psychiatrist examine appellant to determine the appropriateness of an insanity defense; (2) ineffectiveness of trial counsel for comparing appellant to an old watch during his closing argument; (3) lack of a knowing and intelligent waiver of appellant's Pa.R.Crim.P. 1100 rights; and (4) ineffectiveness

428

of trial counsel for failing to advise appellant of his right to a non-jury trial. We have reviewed the record in this case and find appellant's contentions to be without merit.

Judgments of sentence affirmed.